# UNITED STATES BANKRUPTCY COURT
### EASTERN **DISTRICT OF** CALIFORNIA

In re:                      §
                             §

S P E DRYWALL, INC          §       Case No. 19-24641 A
                             §

         Debtor             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL P. DACQUISTO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,998,526.65          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 28,779.93     Claims Discharged
                                          Without Payment: NA

Total Expenses of Administration: 37,848.39

3) Total gross receipts of $ 66,628.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 66,628.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 60,000.00 | $ 201,375.18 | $ 201,375.18 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,848.39 | 37,848.39 | 37,848.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,074.56 | 707,605.09 | 707,605.09 | 14,541.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 905,185.03 | 1,074,770.68 | 1,074,770.68 | 14,238.40 |
| **TOTAL DISBURSEMENTS** | $ 968,259.59 | $ 2,021,599.34 | $ 2,021,599.34 | $ 66,628.32 |

4)  This case was originally filed under chapter 7 on  07/23/2019 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/05/2021                    By:/s/MICHAEL P. DACQUISTO
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 56,953.58 |
| BANK ACCOUNTS | 1229-000 | 3,300.00 |
| UNDISCLOSED ASSET | 1229-000 | 6,374.74 |
| TOTAL GROSS RECEIPTS | | $66,628.32 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PYOD LLC | 4210-000 | NA | 156,375.18 | 156,375.18 | 0.00 |
| 000014A | WELLS FARGO BANK, NATIONAL ASSOCIAT | 4210-000 | 60,000.00 | 45,000.00 | 45,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 60,000.00 | $ 201,375.18 | $ 201,375.18 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:MICHAEL P. DACQUISTO | 2100-000 | NA | 6,581.42 | 6,581.42 | 6,581.42 |
| TRUSTEE EXPENSES:MICHAEL P. DACQUISTO | 2200-000 | NA | 302.90 | 302.90 | 302.90 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 22.47 | 22.47 | 22.47 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HEFNER, STARK & MAROIS, LLP | 3210-000 | NA | 28,222.00 | 28,222.00 | 28,222.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):HEFNER, STARK & MAROIS, LLP | 3220-000 | NA | 124.60 | 124.60 | 124.60 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):HATHAWAY, KSENZULAK & LAPP | 3410-000 | NA | 995.00 | 995.00 | 995.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 37,848.39 | $ 37,848.39 | $ 37,848.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&E DRYWALL | | 0.00 | NA | NA | 0.00 |
| | ABRAHAM GUTIERREZ | | 0.00 | NA | NA | 0.00 |
| | ACE DISPOSAL | | 0.00 | NA | NA | 0.00 |
| | ALEJANDRO TORRES | | 0.00 | NA | NA | 0.00 |
| | ALFREDO HURTADO | | 0.00 | NA | NA | 0.00 |
| | ALFREDO SALDANA HORTA | | 0.00 | NA | NA | 0.00 |
| | AMERICAN EXPRESS | | 0.00 | NA | NA | 0.00 |
| | AMES TAPPING TOOLS | | 0.00 | NA | NA | 0.00 |
| | ANGEL MENDEZ | | 0.00 | NA | NA | 0.00 |
| | ANTONIO AMPARO ROJAS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARMANDO HERRERA | | 0.00 | NA | NA | 0.00 |
| | ARMANDO NEGRETE | | 0.00 | NA | NA | 0.00 |
| | ARMANDO SALDANA HORTA | | 0.00 | NA | NA | 0.00 |
| | ARTURO ANGEL | | 0.00 | NA | NA | 0.00 |
| | AUTO OWNERS | | 0.00 | NA | NA | 0.00 |
| | BERKSHIRE HATHAWAY | | 0.00 | NA | NA | 0.00 |
| | BIANCA FRIAS RIVERA | | 0.00 | NA | NA | 0.00 |
| | BIG D-BLUE SKY | | 0.00 | NA | NA | 0.00 |
| | BRYAN LARA | | 0.00 | NA | NA | 0.00 |
| | CARLOS GOMEZ PEREZ | | 0.00 | NA | NA | 0.00 |
| | CECILIA GARCIA-HOUSE RENTAL | | 0.00 | NA | NA | 0.00 |
| | CFC | | 0.00 | NA | NA | 0.00 |
| | CIRILO C LARIOS SIBRIAN | | 0.00 | NA | NA | 0.00 |
| | CIRILO C LARIOS SIBRIAN | | 0.00 | NA | NA | 0.00 |
| | CRISTHIAN FLETES | | 0.00 | NA | NA | 0.00 |
| | CUBERTO PEREZ SILVA | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEMETRIO GONZALEZ | | 0.00 | NA | NA | 0.00 |
| | DIEGO BARAJAS | | 0.00 | NA | NA | 0.00 |
| | DIEGO REYES | | 0.00 | NA | NA | 0.00 |
| | EDGAR OCHOA QUEZADA | | 0.00 | NA | NA | 0.00 |
| | ERICK GARCIA | | 0.00 | NA | NA | 0.00 |
| | FABIAN GONZALEZ PASILLAS | | 0.00 | NA | NA | 0.00 |
| | FBM CALIFORNIA | | 0.00 | NA | NA | 0.00 |
| | FBM UTAH | | 0.00 | NA | NA | 0.00 |
| | FERNANDO PENA | | 0.00 | NA | NA | 0.00 |
| | GAEL RIVERA VARGAS | | 0.00 | NA | NA | 0.00 |
| | GUSTAVO CASTANEDA | | 0.00 | NA | NA | 0.00 |
| | GUSTAVO MARTINEZ | | 0.00 | NA | NA | 0.00 |
| | HAULAWAY | | 0.00 | NA | NA | 0.00 |
| | HECTOR AREVALO | | 0.00 | NA | NA | 0.00 |
| | HILTI | | 0.00 | NA | NA | 0.00 |
| | HUMBERTO GONZALEZ | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IGNACIO CHAVEZ | | 0.00 | NA | NA | 0.00 |
| | IGNACIO QIRINO ROMERO | | 0.00 | NA | NA | 0.00 |
| | IVAN AGUILAR | | 0.00 | NA | NA | 0.00 |
| | JESUS VASQUEZ GARDEN AVENUE | | 0.00 | NA | NA | 0.00 |
| | JESUS VASQUEZ LINCOLN STREET | | 0.00 | NA | NA | 0.00 |
| | JHONY SANTOS | | 0.00 | NA | NA | 0.00 |
| | JORGE A MARTINEZ | | 0.00 | NA | NA | 0.00 |
| | JORGE ANGULO | | 0.00 | NA | NA | 0.00 |
| | JORGE MADRID BUENO | | 0.00 | NA | NA | 0.00 |
| | JOSE AGUILAR FRANCO | | 0.00 | NA | NA | 0.00 |
| | JOSE ESPLTIA-GUILLEN | | 0.00 | NA | NA | 0.00 |
| | JOSE FLORES DIAZ LAUREL AVENUE | | 0.00 | NA | NA | 0.00 |
| | JOSE FLORES MADLIN STREET | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JOSE GONZALEZ BASELINE STREET | | 0.00 | NA | NA | 0.00 |
| | JOSE GONZALEZ WEST 11TH ST | | 0.00 | NA | NA | 0.00 |
| | JOSE OLVERA BARRALES | | 0.00 | NA | NA | 0.00 |
| | JOSE VERA HERRERA | | 0.00 | NA | NA | 0.00 |
| | JOSUE FRANCO RIOS | | 0.00 | NA | NA | 0.00 |
| | JOSUE GUTIERREZ | | 0.00 | NA | NA | 0.00 |
| | JOSUE SANTOYO | | 0.00 | NA | NA | 0.00 |
| | JUAN PORTILLO | | 0.00 | NA | NA | 0.00 |
| | L&W SUPPLY SOUTHERN | | 0.00 | NA | NA | 0.00 |
| | L&W SUPPLY UTAH | | 0.00 | NA | NA | 0.00 |
| | LAZARO GRANADENO | | 0.00 | NA | NA | 0.00 |
| | LEOPOLDO QUINTERO | | 0.00 | NA | NA | 0.00 |
| | LES OLSEN | | 0.00 | NA | NA | 0.00 |
| | LUIS HERNANDEZ | | 0.00 | NA | NA | 0.00 |
| | MANUEL GUILLEN | | 0.00 | NA | NA | 0.00 |
| | MANUEL ROCHA | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARCO PEREZ TORRES | | 0.00 | NA | NA | 0.00 |
| | MARTHA RINCO | | 0.00 | NA | NA | 0.00 |
| | MAVERICK | | 0.00 | NA | NA | 0.00 |
| | MIGUEL ALEMAN-TRUJILLO | | 0.00 | NA | NA | 0.00 |
| | MOBILE MINI | | 0.00 | NA | NA | 0.00 |
| | NEYBI MARQUEZ CORREA | | 0.00 | NA | NA | 0.00 |
| | OMAR FIERRO | | 0.00 | NA | NA | 0.00 |
| | ON DECK | | 0.00 | NA | NA | 0.00 |
| | OSCAR GARCIA | | 0.00 | NA | NA | 0.00 |
| | OSCAR OCHOA | | 0.00 | NA | NA | 0.00 |
| | PEDRO CARRANZA MADRIGA | | 0.00 | NA | NA | 0.00 |
| | PEDRO RENTERIA | | 0.00 | NA | NA | 0.00 |
| | PENTALON | | 0.00 | NA | NA | 0.00 |
| | PRIMITIVO ZAMORA-VAZQUEZ | | 0.00 | NA | NA | 0.00 |
| | PURE WATER PARTNERS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QTR 1-QTR 2 | | 0.00 | NA | NA | 0.00 |
| | QTR 1-QTR 2 | | 0.00 | NA | NA | 0.00 |
| | QTR 1-QTR 2 | | 0.00 | NA | NA | 0.00 |
| | QUALITY DRYWALL | | 0.00 | NA | NA | 0.00 |
| | RADIUM CAPITAL | | 0.00 | NA | NA | 0.00 |
| | REYES DRYWALL | | 0.00 | NA | NA | 0.00 |
| | RODOLFO MARTINEZ | | 0.00 | NA | NA | 0.00 |
| | ROSARIO GALVEZ HOUSE RENTAL | | 0.00 | NA | NA | 0.00 |
| | RUBEN CORTEZ | | 0.00 | NA | NA | 0.00 |
| | SALVADOR ALEJO-OCHOA | | 0.00 | NA | NA | 0.00 |
| | SALVADOR SANCHEZ-ZUNIGA | | 0.00 | NA | NA | 0.00 |
| | SANDRA CISNEROS-GOMEZ | | 0.00 | NA | NA | 0.00 |
| | SERNA CONSTRUCTION | | 0.00 | NA | NA | 0.00 |
| | SHRED IT | | 0.00 | NA | NA | 0.00 |
| | TERESA CORTES | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TIRSO HERNANDEZ | | 0.00 | NA | NA | 0.00 |
| | TONY RIVERA VARGAS | | 0.00 | NA | NA | 0.00 |
| | URIEL LOMELI SANTOS | | 0.00 | NA | NA | 0.00 |
| | VIEWPOINT PROCONTRACTOR | | 0.00 | NA | NA | 0.00 |
| | WADMAN | | 0.00 | NA | NA | 0.00 |
| | WCF INSURANCE-UTAH | | 0.00 | NA | NA | 0.00 |
| | WELLS FARGO | | 0.00 | NA | NA | 0.00 |
| | YIPTEL | | 0.00 | NA | NA | 0.00 |
| 000018 | ALEJANDRO MEDINA | 5300-000 | NA | 6,320.00 | 6,320.00 | 0.00 |
| 000003 | ARMANDO DE LA TORRE | 5300-000 | 433.69 | 2,300.00 | 2,300.00 | 0.00 |
| 000012A | DIVISION OF LABOR STANDARDS ENFORCE | 5300-000 | NA | 532,779.63 | 532,779.63 | 14,541.53 |
| 000006 | JUAN M. LOPEZ SANDOVAL | 5300-000 | NA | 8,875.00 | 8,875.00 | 0.00 |
| 000004 | MARCO ALVAREZ | 5300-000 | 373.13 | 2,300.00 | 2,300.00 | 0.00 |
| 000010 | MATHEW ADIX | 5300-000 | 2,267.74 | 4,663.00 | 4,663.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 150,162.05 | 150,162.05 | 0.00 |
| 000019A | FRANCHISE TAX BOARD | 5800-000 | NA | 205.41 | 205.41 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,074.56 | $ 707,605.09 | $ 707,605.09 | $ 14,541.53 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | CHRISTINA F CONKLIN | 7100-000 | 80,000.00 | 80,000.00 | 80,000.00 | 0.00 |
| 000012B | DIVISION OF LABOR STANDARDS ENFORCE | 7100-000 | NA | 289,327.73 | 289,327.73 | 0.00 |
| 000001 | DUPETCO DEVELOPMENT LLC | 7100-000 | 27,234.90 | 7,806.40 | 7,806.40 | 0.00 |
| 000005 | EULER HERMES N.A AS AGENT FOR L.K.L | 7100-000 | 199,872.48 | 119,373.79 | 119,373.79 | 0.00 |
| 000007 | L&W SUPPLY CORPORATION | 7100-000 | 454,721.73 | 380,649.19 | 380,649.19 | 0.00 |
| 000016 | LEAF CAPITAL FUNDING, LLC | 7100-000 | 5,000.00 | 11,566.59 | 11,566.59 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MACUIL DRYWALL | 7100-000 | 36,497.50 | 42,000.00 | 42,000.00 | 0.00 |
| A1 | RADIUM2 CAPITAL, LLC | 7100-000 | NA | 14,238.40 | 14,238.40 | 14,238.40 |
| 000008 | SUNSTATE EQUIPMENT | 7100-000 | 82,234.56 | 44,598.80 | 44,598.80 | 0.00 |
| 000017 | T MOBILE T-MOBILE USA INC | 7100-000 | NA | 2,723.32 | 2,723.32 | 0.00 |
| 000011 | WASTE MANAGEMENT C/O JACQUOLYN MILL | 7100-000 | 19,623.86 | 25,118.92 | 25,118.92 | 0.00 |
| 000014B | WELLS FARGO BANK, NATIONAL ASSOCIAT | 7100-000 | NA | 14,111.10 | 14,111.10 | 0.00 |
| 000015B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | NA | 42,991.31 | 42,991.31 | 0.00 |
| 000019B | FRANCHISE TAX BOARD | 7300-000 | NA | 265.13 | 265.13 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 905,185.03 | $ 1,074,770.68 | $ 1,074,770.68 | $ 14,238.40 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 19-24641 A Judge: FREDRICK E. CLEMENT | |
| Case Name: | S P E DRYWALL, INC | |
| For Period Ending: | 04/03/21 | |

| | |
|---|---|
| Trustee Name: | MICHAEL P. DACQUISTO |
| Date Filed (f) or Converted (c): | 07/23/19 (f) |
| 341(a) Meeting Date: | 08/28/19 |
| Claims Bar Date: | 11/27/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS (u)<br>Funds from debtor on date of filing | 0.00 | 3,300.00 | | 3,300.00 | FA |
| 2. ACCOUNTS RECEIVABLE<br>Avalon Bay Parcel D retentions, may have been sold, hard to collect. In dispute not collectible | 396,649.14 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE<br>Avalon Bay Parcel D change orders, may have been sold, hard to collect In dispute not collectible | 131,063.97 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE<br>Avalon Bay Parcel C retentions, may have been sold, hard to collect In dispute not collectible | 39,885.94 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE<br>Avalon Bay Parcel C change orders, may have been sold, hard to collect In dispute not collectible | 106,499.06 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE<br>Avalon Bay Walnut Creek retentions, may have been sold, hard to collect In dispute not collectible | 98,695.36 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE<br>Avalon Bay Walnut Creek May 2018 billing, may have been sold, hard to collect In dispute not collectible | 216,270.54 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE<br>Kier Construction-Rockpoint Mar/Apr 2018 billing, may have been sold In dispute not collectible | 232,422.32 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE<br>Kier Construction-Rockpoint retentions, may have been sold In dispute not collectible | 146,283.78 | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 260,223.58 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit 8**

| | |
|---|---|
| Case No: 19-24641 A Judge: FREDRICK E. CLEMENT | Trustee Name: MICHAEL P. DACQUISTO |
| Case Name: S P E DRYWALL, INC | Date Filed (f) or Converted (c): 07/23/19 (f) |
| | 341(a) Meeting Date: 08/28/19 |
| | Claims Bar Date: 11/27/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Kier Construction-Cornell Apr 2018 billing, may have been sold In dispute not collectible | | | | | |
| 11. ACCOUNTS RECEIVABLE | 61,332.45 | 0.00 | | 0.00 | FA |
| Kier Construction-Cornell retentions, may have been sold In dispute not collectible | | | | | |
| 12. ACCOUNTS RECEIVABLE | 94,639.94 | 0.00 | | 0.00 | FA |
| Brown Construction-Rocklin May 2018 billing may have been sold In dispute not collectible | | | | | |
| 13. ACCOUNTS RECEIVABLE | 286,842.58 | 0.00 | | 0.00 | FA |
| Brown Construction-Rocklin retentions, may have been sold In dispute not collectible | | | | | |
| 14. ACCOUNTS RECEIVABLE | 8,061.33 | 0.00 | | 0.00 | FA |
| Blue Sky Utah retentions, may have been sold In dispute not collectible | | | | | |
| 15. ACCOUNTS RECEIVABLE | 159,193.76 | 0.00 | | 0.00 | FA |
| NP Construction May 2018 billing, may have been sold In dispute not collectible | | | | | |
| 16. ACCOUNTS RECEIVABLE | 78,186.24 | 0.00 | | 0.00 | FA |
| NP Construction retentions, may have been sold In dispute not collectible | | | | | |
| 17. ACCOUNTS RECEIVABLE | 84,782.88 | 0.00 | | 0.00 | FA |
| R&O Construction retentions, may have been sold In dispute not collectible | | | | | |
| 18. ACCOUNTS RECEIVABLE | 244,073.00 | 0.00 | | 0.00 | FA |
| Pentalon retentions, may have been sold In dispute not collectible | | | | | |
| 19. ACCOUNTS RECEIVABLE | 165,868.95 | 0.00 | | 0.00 | FA |
| Big D retentions, may have been sold In dispute not collectible | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 19-24641 | A | Judge: FREDRICK E. CLEMENT | Trustee Name: | MICHAEL P. DACQUISTO |
|---|---|---|---|---|---|
| Case Name: | S P E DRYWALL, INC | | | Date Filed (f) or Converted (c): | 07/23/19 (f) |
| | | | | 341(a) Meeting Date: | 08/28/19 |
| | | | | Claims Bar Date: | 11/27/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. ACCOUNTS RECEIVABLE<br>Rimrock Construction retentions, may have been sold. This is the only one that was collectible. | 26,569.30 | 0.00 | | 56,953.58 | FA |
| 21. ACCOUNTS RECEIVABLE<br>SRM Construction April 2018 billing, may have been sold In dispute not collectible | 68,536.65 | 0.00 | | 0.00 | FA |
| 22. ACCOUNTS RECEIVABLE<br>SRM Construction retentions, may have been sold In dispute not collectible | 9,415.18 | 0.00 | | 0.00 | FA |
| 23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 27. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 28. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 29. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 31. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES<br>dump truck. Not worth administering. | 60,000.00 | 0.00 | | 0.00 | FA |
| 32. UNDISCLOSED ASSET (u)<br>Funds from BofA garnishment, not originally disclosed | 0.00 | 6,374.74 | | 6,374.74 | FA |
| 33. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI<br>furniture and desks. Not worth administering. | 8,000.00 | 0.00 | | 0.00 | FA |
| 34. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI<br>large file cabinets Not worth administering. | 3,600.00 | 0.00 | | 0.00 | FA |
| 35. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI | 6,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:　　4

**Exhibit 8**

| | |
|---|---|
| Case No:　　19-24641　　A　Judge: FREDRICK E. CLEMENT | Trustee Name:　　MICHAEL P. DACQUISTO |
| Case Name:　　S P E DRYWALL, INC | Date Filed (f) or Converted (c):　07/23/19 (f) |
| | 341(a) Meeting Date:　　08/28/19 |
| | Claims Bar Date:　　11/27/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| computers Not worth administering. | | | | | |
| 36. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI monitors Not worth administering. | 2,000.00 | 0.00 | | 0.00 | FA |
| 37. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI miscellaneous tools Not worth administering. | 10,000.00 | 0.00 | | 0.00 | FA |
| 38. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI scaffolding Not worth administering. | 15,000.00 | 0.00 | | 0.00 | FA |
| 39. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI job boxes Not worth administering. | 1,000.00 | 0.00 | | 0.00 | FA |
| 40. OFFICE EQUIPMENT/FURNISHINGS/SUPPLI misc materials fixtures and furnishings Not worth administering. | 4,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,025,095.95 | $9,674.74 | | $66,628.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 28, 2019, 07:51 am QR only asset is possible a/r, but issue w/ possible sale pre filing

April 06, 2020, 01:19 pm QR, getting a/r status from atty, waiting ct approval of tax payments

July 23, 2020, 12:03 pm QR, just paid out settlement $, need tax return then pay acctnt, then TFR

October 22, 2020, 01:56 pm QR need acctnt pymt motion, then tfr

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:　　5

Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-24641　　A　Judge: FREDRICK E. CLEMENT | |
| Case Name: | S P E DRYWALL, INC | |

| | |
|---|---|
| Trustee Name: | MICHAEL P. DACQUISTO |
| Date Filed (f) or Converted (c): | 07/23/19 (f) |
| 341(a) Meeting Date: | 08/28/19 |
| Claims Bar Date: | 11/27/19 |

March 15, 2021, 09:42 am QR will submit tdr 4/1/21 then wait for fd

Initial Projected Date of Final Report (TFR): 07/23/21　　　Current Projected Date of Final Report (TFR): 12/01/20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 19-24641  -A | |
| Case Name: | S P E DRYWALL, INC | |
| Taxpayer ID No: | *******7601 | |
| For Period Ending: | 04/03/21 | |

| | |
|---|---|
| Trustee Name: | MICHAEL P. DACQUISTO |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9132  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/19 | 1 | S P E Drywall | BANK ACCOUNT | 1229-000 | 3,300.00 | | 3,300.00 |
| 10/03/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 3,300.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,300.00 | 3,300.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,300.00 | |
| Subtotal | 3,300.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,300.00 | 0.00 | |

Page Subtotals      3,300.00      3,300.00

Ver: 22.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 19-24641 -A |
|---|---|
| Case Name: | S P E DRYWALL, INC |
| Taxpayer ID No: | *******7601 |
| For Period Ending: | 04/03/21 |

| Trustee Name: | MICHAEL P. DACQUISTO |
|---|---|
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0423  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 10/03/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,300.00 | | 3,300.00 |
| | 10/11/19 | 20 | RIMROCK CONSTRUCTION 11716 SOUTH 700 EAST DRAPER, UT 84020 | ACCOUNTS RECEIVABLE | 1121-000 | 8,953.23 | | 12,253.23 |
| | 10/11/19 | 20 | RIMROCK CONSTRUCTION 11716 SOUTH 700 EAST DRAPER, UT 84020 | ACCOUNTS RECEIVABLE | 1121-000 | 48,000.35 | | 60,253.58 |
| | 02/16/20 | 000201 | International Sureties One Shell Square 701 Poydras St., Suite 420 New Orleans, LA 70139 | BOND PREMIUM | 2300-000 | | 22.47 | 60,231.11 |
| | 03/02/20 | 32 | Cashier's Check S P E Drywall | BANK ACCOUNT LEVY FROM CREDITOR | 1229-000 | 6,374.74 | | 66,605.85 |
| * | 03/02/20 | | Cashier's Check S P E Drywall | Undisclosed asset ENTERED BY MISTAKE | 1229-003 | 6,374.74 | | 72,980.59 |
| * | 03/02/20 | | Cashier's Check S P E Drywall | Undisclosed asset entered by mistake | 1229-003 | -6,374.74 | | 66,605.85 |
| | 04/15/20 | 000202 | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 | STATE TAX 2019 yearly tax | 2820-000 | | 800.00 | 65,805.85 |
| | 04/15/20 | 000203 | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 | STATE TAX 2020 yearly tax | 2820-000 | | 800.00 | 65,005.85 |
| | 07/22/20 | 000204 | Radium2 Capital, LLC 65 West 36th Street, 12th Floor New York, NY 10018 | SPE DRYWALL PER CT ORDER 7/21/20 ORDER #52 | 7100-000 | | 14,238.40 | 50,767.45 |
| | 10/19/20 | 000205 | HEFNER, STARK & MAROIS, LLP 2150 RIVER PLAZA DRIVE, SUITE 450 SACRAMENTO, CA 95833 | ATTORNEY'S EXPENSES | 3220-000 | | 124.60 | 50,642.85 |

Page Subtotals     66,628.32     15,985.47

Ver: 22.03

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-24641 -A | | Trustee Name: | MICHAEL P. DACQUISTO |
| Case Name: | S P E DRYWALL, INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0423  Checking Account |
| Taxpayer ID No: | *******7601 | | | |
| For Period Ending: | 04/03/21 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/20 | 000206 | HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, SUITE 450<br>SACRAMENTO, CA 95833 | ATTORNEY FEES | 3210-000 | | 28,222.00 | 22,420.85 |
| 11/25/20 | 000207 | Hathaway, Ksenzulak & Lapp<br>1681 E. Cypress Avenue<br>Redding, CA 96002 | ACCOUNTANT FEES | 3410-000 | | 995.00 | 21,425.85 |
| 01/06/21 | 000208 | MICHAEL P. DACQUISTO<br>CHAPTER 7 TRUSTEE<br>PO BOX 493310<br>REDDING, CA  94049-3310 | Chapter 7 Compensation/Fees | 2100-000 | | 6,581.42 | 14,844.43 |
| 01/06/21 | 000209 | MICHAEL P. DACQUISTO<br>CHAPTER 7 TRUSTEE<br>PO BOX 493310<br>REDDING, CA  94049-3310 | Chapter 7 Expenses | 2200-000 | | 302.90 | 14,541.53 |
| 01/06/21 | 000210 | Division of Labor Standards Enforcement<br>1515 Clay Street Suite 1902<br>Oakland, CA 94612-1519 | Claim 000012A, Payment 2.72937%<br>SPE DRYWALL | 5300-000 | | 14,541.53 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 66,628.32 | 66,628.32 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 3,300.00 | 0.00 | |
| | | Subtotal | | | 63,328.32 | 66,628.32 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 63,328.32 | 66,628.32 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9132 | 3,300.00 | 0.00 | 0.00 |
| Checking Account - ********0423 | 63,328.32 | 66,628.32 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 66,628.32 | 66,628.32 | 0.00 |
| | ============= | ============= | ============= |

| | Page Subtotals | 0.00 | 50,642.85 |
|---|---|---|---|

Ver: 22.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 19-24641 -A |
| Case Name: | S P E DRYWALL, INC |
| | |
| Taxpayer ID No: | *******7601 |
| For Period Ending: | 04/03/21 |

| | |
|---|---|
| Trustee Name: | MICHAEL P. DACQUISTO |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0423 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals | | 0.00 | 0.00 | |